UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MEDINA, ANTHONY | ) | Case No. 05-52632-JDS |
| | ) | |
| Debtor(s). | ) | Hon. John D. Schwartz |

**Trustee's Final Report**

To:  The Honorable John D. Schwartz
United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on October 13, 2005. Joseph A. Baldi, Trustee was appointed Trustee on October 13, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of January 10, 2008 is as follows:

|  |  |  |  |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $190,930.66 |
| b. | DISBURSEMENTS (See Exhibit C) | | $186,853.61 |
| c. | NET CASH available for distribution | | $4,077.05 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation requested (See Exhibit E) | $5,259.00 |
| | 2. | Trustee Expenses (See Exhibit E) | $0.00 |
| | 3. | Compensation requested by attorney or other professionals | |

|   |   | for trustee (See Exhibit F) |   |
|---|---|---|---|
| (a.) | | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees (Trustee Firm)* | $4,172.00 |
| (b.) | | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses (Trustee Firm)* | $93.84 |
| (c.) | | Popowcer Katten, Ltd *Accountant for Trustee Fees (Trustee Firm)* | $924.00 |

5. The Bar Date for filing unsecured claims expired on April 19, 2006.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| a. | Allowed unpaid secured claims | $0.00 |
|---|---|---|
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $10,448.84 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $2,981.50 |
| e. | Allowed unsecured claims | $20,951.59 |

7. Trustee proposes that unsecured creditors receive a distribution of 0.0000% of allowed claims.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE *Trustee Compensation* | $0.00 | $5,259.00 | $0.00 |
| JOSEPH A. BALDI & ASSOCIATES, P.C. *Attorney for Trustee* | $0.00 | $4,172.00 | $93.84 |
| POPOWCER KATTEN, LTD *Accountant for Trustee* | $0.00 | $924.00 | $0.00 |

9. A fee of $3,000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: <u>January 10, 2007</u>

/s/
_____
Joseph A. Baldi, Trustee
19 South LaSalle Street, Suite 1500
Chicago, IL 60603

**Trustee's Final Report**                                    Anthony Medina, Debtor
                                                              Case No. 05-52632

Tasks Completed by Trustee

Exhibit A

EXHIBIT A

TASKS PERFORMED BY TRUSTEE

The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of Financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.

A. Trustee analyzed the Debtor's interest in certain real property commonly known as 22 Lima Grade, Grand Marais, Minnesota (the "Real Property"); Trustee, pursuant to this Court's order, employed a real estate broker to aid in the marketing and liquidation of the Real Property; Trustee negotiated a contract for the sale of the Real Property and pursuant to this Court's order dated February 15, 2006, the Trustee sold the Real Property and recovered gross proceeds of $190,790.90; Trustee otherwise examined remaining assets of the Estate for potential liquation value, notably the Debtor's personal residence located at 12023 S. Prairie Ave., Chicago, Illinois, Trustee determined that there were no additional assets of value to the Estate;

B. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

C. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

D. Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

E. Trustee examined proofs of claim filed against the Estate, to the extent such claims would receive a distribution; Trustee verified the secured liens and other claims against the Real Property sold;

F. Trustee directed and oversaw the preparation of Estate tax returns; and

G. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

EXHIBIT A

Form I

Individual Estate Property Record and Report

Exhibit B

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 05-52632 JDS Judge: John D. Schwartz | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | MEDINA, ANTHONY | Date Filed (f) or Converted (c): | 10/13/05 (f) |
| | | 341(a) Meeting Date: | 01/12/06 |
| For Period Ending: | 01/15/08 | Claims Bar Date: | 04/19/06 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Real Property - 12023 S. Prairie Avenue, Chicago, Two-flat in Chicago; No equity available after payment of REtaxes, mortgage debts and costs ; Stay lifted | 135,000.00 | 0.00 | | 0.00 | FA | 127,000.00 | 0.00 |
| 2. Real Property - 22 Lima Grade, Grand Marais, MN Sold. Paid off mortgage, taxes and collected approx. $4,000 for estate. | 180,000.00 | 0.00 | | 190,871.54 | FA | 169,858.60 | 0.00 |
| 3. Checking, Savings Accounts | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Post-Petition Interest Deposits (u) | Unknown | N/A | | 59.12 | Unknown | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $315,000.00 | $0.00 | | $190,930.66 | $0.00 | $296,858.60 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) | | |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sold D's interest in MN real estate; Rec'd net proceeds of $4,000. Case is administratively insolvent. Preparing TFR to file before 12/31/07.

Initial Projected Date of Final Report (TFR): 09/01/07     Current Projected Date of Final Report (TFR): 09/01/07

LFORM1EX

Ver: 12.61a

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-52632 -JDS | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | MEDINA, ANTHONY | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0449 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7041 | | |
| For Period Ending: | 01/15/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  06/05/06 | | CROW WING COUNTY ABSTRACT CO. INC. | SALE PROCEEDS: REAL PROP | | 3,940.67 | | 3,940.67 |
| | | Escrow Account | | | | | |
| | | P.O. Box 378 | | | | | |
| | | Brainerd, MN 56401 | | | | | |
| | | DOUGLAS & DIANE BUSBEY | Memo Amount:       190,790.90 | 1110-000 | | | |
| | | | SALE PROCEEDS: REAL PROP | | | | |
| | | | Sales Price of $190,000 plus rent and tax payment | | | | |
| 06/05/06 | 2 | Asset Sales Memo: | Real Property - 22 Lima Grade, Grand Marais, MN | | | | |
| | | | $190,790.90 | | | | |
| | | M & T MORTGAGE CORP. | Memo Amount:   (   169,858.60 ) | 4110-000 | | | |
| | | | First Mortgage Payoff | | | | |
| | | GUN FLINT REALTY | Memo Amount:   (    11,400.00 ) | 3510-000 | | | |
| | | | Realtor Commission | | | | |
| | | | Memo Amount:   (       626.00 ) | 2820-000 | | | |
| | | | Real Estate Tax Proration (2006) | | | | |
| | | | Memo Amount:   (     2,731.75 ) | 2500-000 | | | |
| | | | Seller's Closing Costs | | | | |
| | | | Including transfer taxes, recording fees, title charges | | | | |
| | | | & abstract fee | | | | |
| | | MIKE HERO | Memo Amount:   (     2,233.88 ) | 3210-000 | | | |
| | | | Special Counsel Fees | | | | |
| C  06/19/06 | | M & T MORTGAGE CORPORATION | Additional sale proceeds | 1110-000 | 80.64 | | 4,021.31 |
| | | Residential Mortgage | | | | | |
| | | P.O. Box 1288 | | | | | |
| | | Buffalo, NY 14240 | | | | | |
| 06/19/06 | 2 | Asset Sales Memo: | Real Property - 22 Lima Grade, Grand Marais, MN | | | | 4,021.31 |
| | | | $80.64 | | | | |
| C  06/30/06 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 2.50 | | 4,023.81 |
| C  07/31/06 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.42 | | 4,027.23 |
| C  08/31/06 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.42 | | 4,030.65 |

LFORM2T4

Ver: 12.61a

Case 05-52632   Doc 44   Filed 01/16/08   Entered 01/16/08 12:59:41   Desc Main
Document   Page 10 of 17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-52632 -JDS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | MEDINA, ANTHONY | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0449 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7041 | | |
| For Period Ending: | 01/15/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  09/29/06 | 4 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 3.31 | | 4,033.96 |
| C  10/31/06 | 4 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 3.43 | | 4,037.39 |
| C  11/30/06 | 4 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 3.32 | | 4,040.71 |
| C  12/29/06 | 4 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 3.43 | | 4,044.14 |
| C  01/31/07 | 4 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 3.44 | | 4,047.58 |
| C t 02/20/07 | | Transfer to Acct #*******0818 | Bank Funds Transfer | 9999-000 | | 3.38 | 4,044.20 |
| C  02/28/07 | 4 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 3.10 | | 4,047.30 |
| C  03/30/07 | 4 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 3.44 | | 4,050.74 |
| C  04/30/07 | 4 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 3.33 | | 4,054.07 |
| C  05/31/07 | 4 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 3.44 | | 4,057.51 |
| C  06/29/07 | 4 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 3.33 | | 4,060.84 |
| C  07/31/07 | 4 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 3.45 | | 4,064.29 |
| C  08/31/07 | 4 | Bank of America, N.A. | Interest Rate  1.000 | 1270-000 | 3.45 | | 4,067.74 |
| C  09/28/07 | 4 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 2.58 | | 4,070.32 |
| C  10/31/07 | 4 | Bank of America, N.A. | Interest Rate  0.750 | 1270-000 | 2.60 | | 4,072.92 |
| C  11/30/07 | 4 | Bank of America, N.A. | Interest Rate  0.650 | 1270-000 | 2.18 | | 4,075.10 |
| C  12/31/07 | 4 | Bank of America, N.A. | Interest Rate  0.500 | 1270-000 | 1.95 | | 4,077.05 |

\* Reversed
t Funds Transfer
C Bank Cleared

Memo Allocation Receipts:  190,790.90
Memo Allocation Disbursements:  186,850.23
Memo Allocation Net:  3,940.67

| Account   *******0449 | Balance Forward | 0.00 | 0 | Checks | 0.00 |
|---|---|---|---|---|---|
| 3 | Deposits | 4,021.31 | 0 | Adjustments Out | 0.00 |
| 19 | Interest Postings | 59.12 | 1 | Transfers Out | 3.38 |
| | Subtotal | $ 4,080.43 | | Total | $ 3.38 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 4,080.43 | | | |

LFORM2T4

Ver: 12.61a

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-52632 -JDS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | MEDINA, ANTHONY | Bank Name: | Bank of America, N.A. |
|  |  | Account Number / CD #: | *******0818 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7041 |  |  |
| For Period Ending: | 01/15/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| C t 02/20/07 |  | Transfer from Acct #*******0449 | Bank Funds Transfer | 9999-000 | 3.38 |  | 3.38 |
| C 02/20/07 | 001001 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans LA 70130 |  | 2300-000 |  | 3.38 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

|  |  |
|---|---|
| Memo Allocation Receipts | 0.00 |
| Memo Allocation Disbursements | 0.00 |
| Memo Allocation Net: | 0.00 |

| Account ******0818 | Balance Forward | 0.00 |  |  |  |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 1 | Checks | 3.38 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
|  |  |  | 0 | Transfers Out | 0.00 |
|  | Subtotal | $ 0.00 |  |  |  |
| 0 | Adjustments In | 0.00 |  | Total | $ 3.38 |
| 1 | Transfers In | 3.38 |  |  |  |
|  | Total | $ 3.38 |  |  |  |

|  |  |
|---|---|
| Total Allocation Receipts: | 190,790.90 |
| Total Allocation Disbursements: | 186,850.23 |
| Total Memo Allocation Net: | 3,940.67 |

| Report Totals | Balance Forward | 0.00 |  |  |  |
|---|---|---|---|---|---|
| 3 | Deposits | 4,021.31 | 1 | Checks | 3.38 |
| 19 | Interest Postings | 59.12 | 0 | Adjustments Out | 0.00 |
|  |  |  | 1 | Transfers Out | 3.38 |
|  | Subtotal | $ 4,080.43 |  |  |  |
| 0 | Adjustments In | 0.00 |  | Total | $ 6.76 |
| 1 | Transfers In | 3.38 |  |  |  |
|  | Total | $ 4,083.81 | Net Total Balance | $ | 4,077.05 |

LFORM2T4

Ver: 12.61a

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Anthony Medina, | ) | Case No. 05-52632 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

**Proposed Distribution Report**

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**Summary of Distribution:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $4,077.05 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **Total Amount To Be Distributed:** | $4,077.05 |

**EXHIBIT D**

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $10,448.84 | 22.72 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $5,259.00 | $0.00[1] |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Fees* | $4,172.00 | $3,059.21[2] |
| | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee Expenses* | $93.84 | $93.84 |
| | Popowcer Katten, Ltd<br>*Accountant for Trustee Fees* | $924.00 | $924.00 |
| | **CLASS TOTALS** | **$10,448.84** | **$4,077.05** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

---

[1] Trustee voluntarily agrees to the subordination of his administrative claim for Trustee fees to the administrative claims of Popowcer Katten, Ltd. (Trustee's Accountants) and Joseph A. Baldi & Associates, P.C. (Trustee's Attorneys)

[2] Joseph A. Baldi & Associates, P.C. voluntarily agrees to the subordination of its administrative claim for compensation to the administrative claim of Popowcer Katten, Ltd. (Trustee's Accountants) and its administrative claim for expense reimbursement.

**EXHIBIT D**

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

**EXHIBIT D**

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 2,981.50 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000004 | Department Of The Treasury-Internal Revenue Service  *Claims of Governmental Units-- 507* | $2,981.50 | $0.00 |
| | **CLASS TOTALS** | **$2,981.50** | **$0.00** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 20,951.59 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | FHL  *General Unsecured 726* | $1,155.12 | $0.00 |
| 000002 | SMC c/o Carson Pirie Scott  *General Unsecured 726* | $308.93 | $0.00 |
| 000003 | Target National Bank (fka Retailers)  *General Unsecured 726* | $11,401.12 | $0.00 |
| 000005 | Recovery Management Systems Corporation  *General Unsecured 726* | $123.36 | $0.00 |
| 000006 | MBNA America Bank, N.A.  *General Unsecured 726* | $7,963.06 | $0.00 |
| | **CLASS TOTALS** | **$20,951.59** | **$0.00** |

**DISTRIBUTION REPORT**  **PAGE 5 of 5**

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:  January 16, 2008                                /s/
                                                                    Joseph A. Baldi, Trustee

**EXHIBIT D**