UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ANTHONY MEDINA, | ) | Case No. 05-52632 JDS |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

### Order Awarding Trustee's Compensation

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi, Trustee is allowed compensation and as follows;

| | |
|---|---|
| Compensation | $5,259.00 |
| TOTAL | $5,259.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above, subject to the voluntary subordination of the claim to the administrative claims of the Trustee's Accountants and the Trustee's Attorneys, after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE