UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ANTHONY MEDINA, | ) | Case No. 05-52632 JDS |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

**Trustee's First and Final Application for Allowance and Payment of
Compensation of Popowcer Katten, Ltd., Accountants for Trustee**

Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") Anthony Medina, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), requests this Court to enter an order for the allowance and payment to Popowcer Katten, Ltd. ("Popowcer") of $924.00 as compensation for professional services rendered to the Trustee from March 16, 2007 through March 21, 2007. In support thereof, Trustee respectfully states as follows:

### Introduction

1. This case was commenced on October 13, 2005 by the filing of a voluntary petition under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The bar date for filing claims in this case was April 19, 2006.

### Retention of Popowcer

4. On March 8, 2007, this Court authorized the Trustee to employ Popowcer as his accountants in this case. A copy of the retention order is attached hereto as Exhibit A.

### Prior Compensation Received

5. This is the first and final application for compensation that Popowcer will file in this case.

### Services Rendered by Popowcer

6. Preparation of Estate Tax Returns: The services rendered by Popowcer have been in connection with the preparation of the Estate's tax returns for the years ending December 31, 2006. In connection with the tax returns filed with the Internal Revenue Service and the Illinois Department of Revenue, Popowcer prepared working papers, supporting schedules and letters pursuant to Section 505(b).

In connection with the foregoing services, Popowcer performed 4.60 hours of service and requests allowance and payment of final compensation in the amount of $924.00. An itemized description of the services rendered to Trustee by Popowcer is set forth on the invoice attached hereto as Exhibit B.

7. All of the services performed by Popowcer were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Popowcer at the request and direction of the Trustee.

### Payment of Compensation

8. Popowcer has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Popowcer for services rendered to the Trustee in connection with this case.

9. Popowcer has not previously received payment of any compensation for services rendered in connection with this case.

10. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

2

## Status of the Case

11. Trustee has administered all of the assets belonging to this Estate and has completed his review and analysis of the claims filed against the Estate.

12. Trustee has completed and filed his Final Report simultaneously herewith. Final fee applications for the Trustee and Trustee's attorneys have also been filed concurrently with this Application.

## Financial Condition of the Case

13. Trustee currently has approximately $4,075.10 on deposit in the Estate's bank accounts. The chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the legal fees and expenses allowed to Joseph A. Baldi & Associates in connection with its final fee application, 3) the fees allowed to Popowcer in connection with this final fee application, and 4) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

14. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will not be sufficient funds available to make a distribution to general unsecured creditors.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate of Anthony Medina, Debtor, requests the entry of an order providing the following:

A. Allowing to Popowcer final compensation in the amount of $924.00 for actual and necessary professional services rendered to the Trustee from March 16, 2007 through March 21, 2007;

3

   B.  For such other and further relief as this Court deems appropriate.

Dated: December 20, 2007

                Joseph A. Baldi, as trustee of the estate of Anthony
                Medina, Debtor

                By:    /s/
                  Joseph A. Baldi

Joseph A. Baldi
Attorney I.D. No. 00100145
Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle Street, Suite 1500
Chicago, IL 60603
312.726.8150

4

Retention Order

Exhibit A

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 7 |
| ) | Case No. 05-52632 |
| Anthony Medina, ) | Hon. John D. Schwartz |
| ) | Hearing Date: March 8, 2007 |
| Debtor. ) | Time: 10:00 a.m. |

**Order Authorizing Trustee to Employ Accountants**

THIS MATTER coming on to be heard upon the Trustee's Application to Employ Accountants and the affidavit of Lois West in support thereof; due notice having been given; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Joseph A. Baldi, as trustee of the estate of Anthony Medina, debtor, is authorized to employ Lois West and the accounting firm of Popowcer Katten, Ltd. as accountants for the Trustee, with compensation to be paid in such amounts as may be allowed by this Court upon proper application therefore.

Dated: March 8, 2007                ENTER:

                                    _____
                                    Honorable John D. Schwartz
                                    United States Bankruptcy Judge

Joseph A. Baldi
Attorney ID No. 00100145
Elizabeth C. Berg
Attorney ID No. 6200886
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street  Suite 1500
Chicago, IL  60603
(312) 726-8150

Billing Statements

Exhibit B

Invoice No. 22071



**POPOWCER KATTEN, LTD.**

CERTIFIED PUBLIC ACCOUNTANTS

35 EAST WACKER DRIVE
SUITE 1550
CHICAGO, ILLINOIS 60601-2207
PHONE: 312/201-6450
FAX: 312/201-1286
www.popcocpa.com

- Estate of Anthony Medina  (05 B 52632)
- c/o Joseph A. Baldi, Trustee
- Joseph A. Baldi & Associates
- 19 S. LaSalle Street, Suite 1500
- Chicago, IL 60603

**Date:** December 1, 2007                    **Account No.:** BAL45054L

For Professional Services Rendered:

For accounting and tax services rendered for the period March 16, 2007 through March 21, 2007 including preparation of federal and state fiduciary income tax returns for the final year ended December 31, 2006 including preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

The following personnel performed the professional services indicated on the attached detailed billing run on behalf of the estate:

|              | Title                | Hours | Rate   | Amount    |
|--------------|----------------------|-------|--------|-----------|
| B. Glusak    | Tax Manager          | .8    | $205.  | $ 164.00  |
| L. West      | Bankruptcy Specialist| 3.8   | 200.   | 760.00    |
|              | Total due:           | 4.6   |        | $ 924.00  |

ESTATE OF ANTHONY MEDINA (05 B 52632)

## Time Sort By Date

| Date | Description | Hours | Name |
|---|---|---|---|
| 3/16/2007 | Tax Return Preparation - Preparation of workpapers and tax returns for year ended 12/31/06. Review closing statement for sale of vacation home - Minnesota property - calculate gain on sale of real estate. Prepare federal 1041/1040 and Minnesota form M2 and M1. | 2.5 | L. West |
| 3/20/2007 | Tax Return Preparation - Finalize returns - prepare 505(b) letters, transmittal letters and forms 8821 & IL-2848. Make manual changes as required. | 1.0 | L. West |
| 3/21/2007 | Tax Review - Review forms 1041/1040 and M2/M1 (Minnesota) for 2006. | 0.5 | B. Glusak |
| 3/21/2007 | Tax Review - Review collated returns prior to signature. | 0.3 | B. Glusak |
| 3/21/2007 | Tax Review - Final review and sign federal and Minnesota returns for 12/31/06 (final) year end. | 0.3 | L. West |

Total hours **4.6**

1