UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| ANTHONY MEDINA, ) | | Case No. 05-52632 JDS |
| ) | | |
| Debtor. ) | | Hon. John D. Schwartz |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, IL 60604

    On: **February 27, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $190,930.66 |
    | Disbursements | $186,853.61 |
    | Net Cash Available for Distribution | $4,077.05 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $0.00 | $5,259.00[1] | $0.00 |
    | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee* | $0.00 | $4,172.00[2] | $93.84 |
    | Popowcer Katten, Ltd.<br>Accountant for Trustee | $0.00 | $924.00 | $0.00 |

5. Applications for Ch. 11 fees and administrative expenses have been filed as follows: NONE

---

[1] Trustee voluntarily agrees to the subordination of his administrative claim for trustee compensation to the administrative claims of his accountants Popowcer Katten and his attorneys Jos. Baldi & Associates.
[2] Joseph A. Baldi & Associates voluntarily agrees to the subordination of its administrative claims for attorneys fees and expenses to the administrative claim of Trustee's accountants, Popowcer Katten.

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,981.50 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0%. Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Department of The Treasury-Internal Revenue Service | $2,981.50 | $0.00 |

7. Claims of general unsecured creditors totaling $20,951.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%. Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | FHL | $1,155.12 | $0.00 |
| 000002 | SMC c/o Carson Pirie Scott | $308.93 | $0.00 |
| 000003 | Target National Bank (f/k/a Retailers | $11,401.12 | $0.00 |
| 000005 | Recovery Management Systems Corporation | $123.36 | $0.00 |
| 000006 | MBNA America Bank, N.A. | $7,963.06 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | |

Dated: **February 1, 2008**         For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Trustee:   Joseph A. Baldi
Address:   19 South LaSalle Street, Suite 1500
           Chicago, IL  60603
Phone No.: (312) 726-8150