UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 |
| ) | |
| ANTHONY MEDINA, ) | Case No. 05-52632 JDS |
| ) | |
| Debtor. ) | Hon. John D. Schwartz |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, IL 60604

    On: **February 27, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $190,930.66 |
    | Disbursements | $186,853.61 |
    | Net Cash Available for Distribution | $4,077.05 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $0.00 | $5,259.00[1] | $0.00 |
    | Joseph A. Baldi & Associates, P.C.<br>*Attorney for Trustee* | $0.00 | $4,172.00[2] | $93.84 |
    | Popowcer Katten, Ltd.<br>Accountant for Trustee | $0.00 | $924.00 | $0.00 |

5. Applications for Ch. 11 fees and administrative expenses have been filed as follows: NONE

---

[1] Trustee voluntarily agrees to the subordination of his administrative claim for trustee compensation to the administrative claims of his accountants Popowcer Katten and his attorneys Jos. Baldi & Associates.
[2] Joseph A. Baldi & Associates voluntarily agrees to the subordination of its administrative claims for attorneys fees and expenses to the administrative claim of Trustee's accountants, Popowcer Katten.

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,981.50 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0%. Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | Department of The Treasury-Internal Revenue Service | $2,981.50 | $0.00 |

7. Claims of general unsecured creditors totaling $20,951.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%. Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | FHL | $1,155.12 | $0.00 |
| 000002 | SMC c/o Carson Pirie Scott | $308.93 | $0.00 |
| 000003 | Target National Bank (f/k/a Retailers | $11,401.12 | $0.00 |
| 000005 | Recovery Management Systems Corporation | $123.36 | $0.00 |
| 000006 | MBNA America Bank, N.A. | $7,963.06 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | |

Dated: **February 1, 2008**   For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Trustee:   Joseph A. Baldi
Address:   19 South LaSalle Street, Suite 1500
Chicago, IL  60603
Phone No.:   (312) 726-8150

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

05-52632    Doc 54    Filed 02/01/08    Entered 02/03/08 23:44:37    Desc Imaged
              Certificate of Service    Page 3 of 3

```
District/off: 0752-1           User: amcc7                 Page 1 of 1                  Date Rcvd: Feb 01, 2008
Case: 05-52632                 Form ID: pdf002             Total Served: 29

The following entities were served by first class mail on Feb 03, 2008.
 db          +Anthony Medina,    P.O. Box 2458,    Orland Park, IL 60462-1089
 aty         +Brian L Shaw,    Shaw Gussis Fishman Glantz Wolfson & Tow,    321 N Clark Street,    Suite 800,
               Chicago, IL 60610-4766
 aty         +Elizabeth C Berg,    Joseph A. Baldi & Associates,    19 S Lasalle Street, , Suite 1500,
               Chicago, IL 60603-1413
 aty         +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
 tr          +Joseph A Baldi,, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
10182230     +BP Amoco,    Processing Center,   Des Moines, IA 50360-0001
10182231     +Capital One Bank,    P.O. Box 790217,   Saint Louis, MO 63179-0217
10182232      Captial One,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
10182233     +Carson Pirie Scott,    P.O. Box 17633,   Baltimore, MD 21297-1633
10182234     +Citibank,    400 N. Clark St.,   Chicago, IL 60610-4502
10182235      Cook County Collector,    PO Box 802448,   Chicago, IL 60680-2448
10182236     +Cook County Tax Assessor,    411 W. 2nd Street,   Grand Marais, MN 55604-2328
10182237      Direct Merchants Bank,    P.O. Box 21550,   Tulsa, OK 74121-1550
10182238      Emerge,    P.O. Box 105555,   Atlanta, GA 30348-5555
10182239     +FHL,    12600 Rockside Road, PMB 197,    Cleveland, OH 44125-4525
10182240      Fifth Third Bank,    95th & Cicero,   Oak Lawn, IL 60453
10182243    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,   Philadelphia, PA 19114)
10182241     +Illinois Department of Employment S,    Bankruptcy Unit 3rd Floor,    401 S. State,
               Chicago, IL 60605-1229
10182242     +Illinois Department of Revenue,    100 W. Randolph,   Bankruptcy Section L-425,
               Chicago, IL 60601-3218
10182244      J.C. Penney,    P.O. Box 96001,   FL 32896
10182245     +MBNA America Bank, N.A.,    Mailstop DE 5-014-02-03,    PO Box 15168,    Wilmington, DE 19850-5168
10182246     +MTT Mortgage Corp.,    P.O. Box 62182,   Baltimore, MD 21264-2182
10182247     +Providian,    P.O. Box 660487,   Dallas, TX 75266-0487
10633614     +Recovery Management Systems Corporation,     For GE Money Bank,    dba JCPenney,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
10580391     +SMC c/o Carson Pirie Scott,    BOX 19249,   SUGARLAND TX 77496-9249
10182248     +Shell,    P.O. Nox 183018,   Columbus, OH 43218-3018
10182249      Target National Bank,    P.O. Box 59317,   Minneapolis, MN 55459-0317
10589577     +Target National Bank (fka Retailers National Bank),     c/o Weinstein & Riley, P.S.,
               2101 4th Avenue, Suite 900,    Seattle, WA 98121-2339
10182250     +Washington Mutual,    P.O. Box 9001091,   Louisville, KY 40290-1091
The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 03, 2008**                               **Signature:** *Joseph Speetjens*