UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Anthony Medina, | ) | Hon. John D. Schwartz |
| | ) | |
| Debtor. | ) | Case No. 05-52632 |

**Trustee's Final Account**
**and**
**Application to Close Case and Discharge Trustee**

To: The Honorable John D. Schwartz
   United States Bankruptcy Judge

   Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Exhibit A and Exhibit B, respectively.

   All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 Report attached hereto as Exhibit C. Form 2 also reflects a net total balance of zero for this estate.

   The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated: April 16, 2008                              /s/
                                            Joseph A. Baldi, Trustee

# Exhibit A

# Compensation Orders

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ANTHONY MEDINA, | ) | Case No. 05-52632 JDS |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

### Order Awarding Trustee's Compensation

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Joseph A. Baldi, Trustee is allowed compensation and as follows:

| | |
|---|---|
| Compensation | $5,259.00 |
| TOTAL | $5,259.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above, subject to the voluntary subordination of the claim to the administrative claims of the Trustee's Accountants and the Trustee's Attorneys, after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

FEB 2 7 2008

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ANTHONY MEDINA, | ) | Case No. 05-52632 JDS |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

**Order Awarding Compensation and Expense Reimbursement to Trustee's Attorneys**

THIS MATTER BEING HEARD on the First and Final Request for Compensation and Expense Reimbursement from Joseph A. Baldi & Associates, P.C., Attorneys for Trustee, notice having been given, and the Court being duly advised;

IT IS HEREBY ORDERED that Joseph A. Baldi & Associates, P.C. is allowed compensation and expense reimbursement as follows;

1. Compensation       $4,172.00
2. Expenses           $93.84

   TOTAL              $4,265.84

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above, subject to the voluntary subordination of its claim for fees to the administrative claim of Trustee's Accountants and its claim for expense reimbursement, after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
          UNITED STATES BANKRUPTCY JUDGE

7/27/05

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ANTHONY MEDINA, | ) | Case No. 05-52632 JDS |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

### Order Awarding Compensation to Trustee's Accountants

THIS MATTER BEING HEARD on the Trustee's First and Final Request for Compensation of Popowcer Katten, Ltd., Trustee's Accountants, notice having been given, and the Court being duly advised:

IT IS HEREBY ORDERED that Popowcer Katten, Ltd., Accountants for the Trustee is allowed compensation as follows:

1. Compensation        $924.00

   TOTAL        $924.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowance listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE

FEB 2 7 2008

# Exhibit B

# Distribution Report

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Anthony Medina, | ) | Case No. 05-52632 |
| | ) | |
| Debtor. | ) | Hon. John D. Schwartz |

### Trustee's Final Distribution Report

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**Summary of Distribution:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $4,079.70 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **Total Amount To Be Distributed:** | **$4,079.70** |

DISTRIBUTION REPORT                                                  PAGE 2 of 5

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $10,448.84 | 39.02 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $5,259.00 | $0.00[1] |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees* | $4,172.00 | $3,061.86[2] |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses* | $93.84 | $93.84 |
| | Popowcer Katten, Ltd *Accountant for Trustee Fees* | $924.00 | $924.00 |
| | **CLASS TOTALS** | **$10,448.84** | **$4,079.70** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

---

[1] Trustee voluntarily agrees to the subordination of his administrative claim for Trustee fees to the administrative claims of Popowcer Katten, Ltd. (Trustee's Accountants) and Joseph A. Baldi & Associates, P.C. (Trustee's Attorneys)

[2] Joseph A. Baldi & Associates, P.C. voluntarily agrees to the subordination of its administrative claim for compensation to the administrative claim of Popowcer Katten, Ltd. (Trustee's Accountants) and its administrative claim for expense reimbursement.

DISTRIBUTION REPORT                                                         PAGE 3 of 5

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

DISTRIBUTION REPORT                                                          PAGE 4 of 5

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 2,981.50 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000004 | Department Of The Treasury-Internal Revenue Service *Claims of Governmental Units-- 507* | $2,981.50 | $0.00 |
|  | **CLASS TOTALS** | **$2,981.50** | **$0.00** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid <u>prorata</u> after costs of administration and priority claims are paid in full | $ 20,951.59 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | FHL *General Unsecured 726* | $1,155.12 | $0.00 |
| 000002 | SMC c/o Carson Pirie Scott *General Unsecured 726* | $308.93 | $0.00 |
| 000003 | Target National Bank (fka Retailers) *General Unsecured 726* | $11,401.12 | $0.00 |
| 000005 | Recovery Management Systems Corporation *General Unsecured 726* | $123.36 | $0.00 |
| 000006 | MBNA America Bank, N.A. *General Unsecured 726* | $7,963.06 | $0.00 |
|  | **CLASS TOTALS** | **$20,951.59** | **$0.00** |

**DISTRIBUTION REPORT**                                        **PAGE 5 of 5**

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: __March 4, 2008__                           _____/s/_____
                                                                    Joseph A. Baldi, Trustee

# Exhibit C

# Form 2
# Estate Cash Receipts and Disbursements Record

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-52632 -JDS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | MEDINA, ANTHONY | Bank Name: | Bank of America, N.A. |
|  |  | Account Number / CD #: | *******0449 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7041 |  |  |
| For Period Ending: | 04/15/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  06/05/06 |  | CROW WING COUNTY ABSTRACT CO. INC. Escrow Account P.O. Box 378 Brainerd, MN 56401 | SALE PROCEEDS: REAL PROP |  | 3,940.67 |  | 3,940.67 |
|  |  | DOUGLAS & DIANE BUSBEY | Memo Amount:     190,790.90 | 1110-000 |  |  |  |
|  |  |  | SALE PROCEEDS: REAL PROP |  |  |  |  |
|  |  |  | Sales Price of $190,000 plus rent and tax payment |  |  |  |  |
| 06/05/06 | 2 | Asset Sales Memo: | Real Property - 22 Lima Grade, Grand Marais, MN $190,790.90 |  |  |  |  |
|  |  | M & T MORTGAGE CORP. | Memo Amount:    ( 169,858.60 ) | 4110-000 |  |  |  |
|  |  |  | First Mortgage Payoff |  |  |  |  |
|  |  | GUN FLINT REALTY | Memo Amount:    ( 11,400.00 ) | 3510-000 |  |  |  |
|  |  |  | Realtor Commission |  |  |  |  |
|  |  |  | Memo Amount:    ( 626.00 ) | 2820-000 |  |  |  |
|  |  |  | Real Estate Tax Proration (2006) |  |  |  |  |
|  |  |  | Memo Amount:    ( 2,731.75 ) | 2500-000 |  |  |  |
|  |  |  | Seller's Closing Costs Including transfer taxes, recording fees, title charges & abstract fee |  |  |  |  |
|  |  | MIKE HERO | Memo Amount:    ( 2,233.88 ) | 3210-000 |  |  |  |
|  |  |  | Special Counsel Fees |  |  |  |  |
| C  06/19/06 |  | M & T MORTGAGE CORPORATION Residential Mortgage P.O. Box 1288 Buffalo, NY 14240 | Additional sale proceeds | 1110-000 | 80.64 |  | 4,021.31 |
| 06/19/06 | 2 | Asset Sales Memo: | Real Property - 22 Lima Grade, Grand Marais, MN $80.64 |  |  |  | 4,021.31 |
| C  06/30/06 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 2.50 |  | 4,023.81 |
| C  07/31/06 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.42 |  | 4,027.23 |
| C  08/31/06 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.42 |  | 4,030.65 |
| C  09/29/06 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.31 |  | 4,033.96 |
| C  10/31/06 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.43 |  | 4,037.39 |

LFORM2T4

Ver: 12.63

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-52632 -JDS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | MEDINA, ANTHONY | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0449 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7041 | | | |
| For Period Ending: | 04/15/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  11/30/06 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.32 | | 4,040.71 |
| C  12/29/06 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.43 | | 4,044.14 |
| C  01/31/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.44 | | 4,047.58 |
| C t 02/20/07 | | Transfer to Acct #*******0818 | Bank Funds Transfer | 9999-000 | | 3.38 | 4,044.20 |
| C  02/28/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.10 | | 4,047.30 |
| C  03/30/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.44 | | 4,050.74 |
| C  04/30/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.33 | | 4,054.07 |
| C  05/31/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.44 | | 4,057.51 |
| C  06/29/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.33 | | 4,060.84 |
| C  07/31/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.45 | | 4,064.29 |
| C  08/31/07 | 4 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 3.45 | | 4,067.74 |
| C  09/28/07 | 4 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 2.58 | | 4,070.32 |
| C  10/31/07 | 4 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 2.60 | | 4,072.92 |
| C  11/30/07 | 4 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 2.18 | | 4,075.10 |
| C  12/31/07 | 4 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 1.95 | | 4,077.05 |
| C  01/31/08 | 4 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 1.62 | | 4,078.67 |
| C  02/29/08 | 4 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 0.97 | | 4,079.64 |
| C  03/03/08 | 4 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 4,079.70 |
| C t 03/03/08 | | Transfer to Acct #*******0818 | Final Posting Transfer | 9999-000 | | 4,079.70 | 0.00 |

\* Reversed
t Funds Transfer
C Bank Cleared

Memo Allocation Receipts: 190,790.90
Memo Allocation Disbursements: 186,850.23
Memo Allocation Net: 3,940.67

| Account *******0449 | Balance Forward | 0.00 | | 0 Checks | 0.00 |
|---|---|---|---|---|---|
| 3 | Deposits | 4,021.31 | | 0 Adjustments Out | 0.00 |
| 22 | Interest Postings | 61.77 | | 2 Transfers Out | 4,083.08 |
| | Subtotal | $ 4,083.08 | | Total | $ 4,083.08 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 4,083.08 | | | |

LFORM2T4                                                                                                                Ver: 12.63

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-52632 -JDS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | MEDINA, ANTHONY | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0818 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7041 | | |
| For Period Ending: | 04/15/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t 02/20/07 | | Transfer from Acct #*******0449 | Bank Funds Transfer | 9999-000 | 3.38 | | 3.38 |
| C  02/20/07 | 001001 | International Sureties, Ltd. | | 2300-000 | | 3.38 | 0.00 |
| | | Suite 500 | | | | | |
| | | 203 Carondelet Street | | | | | |
| | | New Orleans LA 70130 | | | | | |
| C t 03/03/08 | | Transfer from Acct #*******0449 | Transfer In From MMA Account | 9999-000 | 4,079.70 | | 4,079.70 |
| C  03/10/08 | 001002 | Joseph A. Baldi & Associates, P.C. | | 3120-000 | | 93.84 | 3,985.86 |
| | | 19 S. LaSalle St. #1500 | | | | | |
| | | Chicago IL 60603 | | | | | |
| C  03/10/08 | 001003 | Popowcer Katten, Ltd | | 3310-000 | | 924.00 | 3,061.86 |
| | | 35 E. Wacker Drive | | | | | |
| | | Suite 1550 | | | | | |
| | | Chicago, Il 60601-2207 | | | | | |
| C  03/10/08 | 001004 | Joseph A. Baldi & Associates, P.C. | | 3110-000 | | 3,061.86 | 0.00 |
| | | 19 S. LaSalle St. #1500 | | | | | |
| | | Chicago IL 60603 | | | | | |

\* Reversed
t Funds Transfer
C Bank Cleared

Memo Allocation Receipts:        0.00
Memo Allocation Disbursements:   0.00
Memo Allocation Net:             0.00

| Account *******0818 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 4 | Checks | 4,083.08 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 4,083.08 |
| 0 | Adjustments In | 0.00 | | | |
| 2 | Transfers In | 4,083.08 | | | |
| | Total | $ 4,083.08 | | | |

LFORM2T4                                                                          Ver: 12.63

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 05-52632 -JDS |
| Case Name: | MEDINA, ANTHONY |
| Taxpayer ID No: | *******7041 |
| For Period Ending: | 04/15/08 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0818 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| | Report Totals | Balance Forward | 0.00 | |
| | 3 | Deposits | 4,021.31 | |
| | 22 | Interest Postings | 61.77 | |
| | | Subtotal | $ 4,083.08 | |
| | 0 | Adjustments In | 0.00 | |
| | 2 | Transfers In | 4,083.08 | |
| | | Total | $ 8,166.16 | |

| | | |
|---|---|---|
| 4 | Checks | 4,083.08 |
| 0 | Adjustments Out | 0.00 |
| 2 | Transfers Out | 4,083.08 |
| | Total | $ 8,166.16 |
| | Net Total Balance | $ 0.00 |

Total Allocation Receipts:   190,790.90
Total Allocation Disbursements:   186,850.23

Total Memo Allocation Net:   3,940.67

LFORM2T4

Ver: 12.63